## SWAGGERTY *v.* NEILSON *et al.*

1. SALE OF LAND. *Chancery Practice. Mistake. Bid on land at execution sale.* The jurisdiction of a court of equity to set aside the satisfaction of an execution on the ground of mistake of fact as to the state of defendant's title to the land levied upon is original and inherent, and is not affected by the act of 1847, Code sec. 2990.

2. STATUTORY REMEDY. *Res adjudicata.* A failure to obtain relief under the statutory remedy cannot be relied upon as *res adjudicata* to a bill brought for that purpose.

3. PLEADING AND PRACTICE. *Mode of procedure.* If the statutory remedy be resorted to, the terms of the statute must be strictly complied with. But where a bill is filed the proceeding must be conducted according to the course of a court of equity.

### FROM COCKE.

Appeal from the Chancery Court. H. C. SMITH, Chancellor.

BARTON, MCFARLAND & EVANS for complainant.

JAS. G. ROSE for defendant.

The jurisdiction of a court of equity to set aside the satisfaction of an execution on the grounds of mistake of fact as to the state of defendant's title to the land levied upon is original and inherent, and is not affected by the act of 1847, ch. —, Code sec. 2990, which prescribes a certain formula by *scire facias* at law for the same purpose; nor can a failure under the statutory remedy be relied upon as a defense to a bill for that purpose, as *res judicata,* when the same

case is brought by original bill into a court of equity. The statutory remedy is one thing and the equitable remedy is another. The statute, in order to avoid the harsh results of the rule *caveat emptor*, prescribes the formula for the speedier remedy at law, and we have held that if this be resorted to, the terms of the statute must be strictly complied with. But when a bill is filed for a like purpose, the proceeding must be conducted according to the course of a court of equity. If the allegations of the bill be sufficient, the bill will be entertained for issue and proof, and if the case be made out the relief will be granted.

Reverse the decree.